1  Larry W. Lee (State Bar No. 228175)
   lwlee@diversitylaw.com
2  Max W. Gavron (State Bar No. 291697)
   mgavron@diversitylaw.com
3  **DIVERSITY LAW GROUP, P.C.**
   515 S. Figueroa St., Suite 1250
4  Los Angeles, CA 90071
5  Tel: (213) 488-6555
   Fax: (213) 488-6554
6
7  William L. Marder (State Bar No. 170131)
   bill@polarislawgroup.com
8  **Polaris Law Group LLP**
   501 San Benito Street, Suite 200
9  Hollister, CA 95023
   Tel: (831) 531-4214
10 Fax: (831) 634-0333
11
   Attorneys for Plaintiff, the Class, and Aggrieved Employees
12

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE LOVETT, as an individual and on behalf of all others similarly situated, ROBERT PARSONS, as an individual and on behalf of all others similarly situated, JAVIER CUEVAS MAGANA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ESTENSON LOGISTICS, LLC, a Delaware limited liability company; HUB GROUP TRUCKING, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02403-KJM-CKD<br><br>**STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA WHERE RELATED CASES ARE PENDING; ORDER** |

**1**
**STIPULATION AND ORDER**

Plaintiffs Terrance Lovett, Robert Parsons, and Javier Cuevas Magana ("Plaintiffs") and Defendants Estenson Logistics, LLC & HUB Group Trucking, Inc. ("Defendants") (collectively, the "Parties") hereby jointly submit this Stipulation to request this Court to transfer this action to the United States District Court for the Central District of California.

As previously reported to the Court, there are several cases pending in the Central District of California before Judge Kronstadt against Defendants. (*See* Dkt. Nos. 16-1, Ex. A (docket report for *Raul Martinez v. Hub Group Trucking, Inc.*, United States District Court, Central District, Case No. 5:20-cv-01384-JAK-SP); *see also Martinez v. Hub Group Trucking, Inc.*, United States District Court, Central District Case No. 5:20-cv-01384-JAK-SAP).

On February 8, 2021, Judge Kronstadt held a conference wherein he permitted the plaintiffs in two of the pending actions until March 31, 2021 to meet and confer and file a consolidated complaint that would include the addition of the plaintiffs and claims currently pending before the Court in this action. After the conference, Plaintiffs met and conferred with the plaintiffs in the related actions and plan to file an amended, consolidated complaint, provided that the Court permits the transfer of this action to the Central District.

In light of the foregoing, the Parties request that the Court transfer this action to the Central District of California so that Plaintiffs may file a consolidated complaint with the actions pending before Judge Kronstadt.

Section 1404 of Title 28 of the United States Code provides: "For the convenience of the parties, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Accordingly, the Parties request that the Court transfer this action to the Central District of California to be litigated in conjunction with the other cases pending against Defendants, which will serve the interests of justice and judicial efficiency.

| | | |
|---|---|---|
| 1 | DATED: February 18, 2021 | DIVERSITY LAW GROUP, P.C. |
| 2 | | By: /s/ Max Gavron |
| 3 | | Larry W. Lee<br>Max Gavron |
| 4 | | Attorneys for Plaintiffs, the Class, and<br>Aggrieved Employees |
| 5 | DATED: February 18, 2021 | OGLETREE, DEAKINS, NASH, SMOAK, & |
| 6 | | STEWART, P.C. |
| 7 | | By:  /s/ Michael Nader |
| 8 | | Michael Nader<br>Kyle A. Wende |
| 9 | | Attorneys for Defendants |

**3**

**STIPULATION AND ORDER**

## ORDER

Having considered the parties' Stipulation to Transfer Case to the Central District of California Where Related Cases Are Pending and finding that the transfer of this action to the United States District Court for the Central District of California would serve the interests of justice, the Court TRANSFERS this action to Judge John A. Kronstadt. 28 U.S.C. § 1404.

DATE: February 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE